

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2017

No. 04-17-00580-CV

**IN THE INTEREST OF  L. T., A CHILD,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00433
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

The appellant's motion for extension of time to file brief is granted.  The appellant's brief is due on or before December 11, 2017.  NO FURTHER EXTENSIONS OF TIME WILL BE CONSIDERED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court